528

## Claudia Simpson, Appellant, v. City of Chicago, Appellee.

Gen. No. 43,234.

opinion filed December 19, 1944; released for publication January 4, 1945. Harry S. Posner, for appellant; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**

## Sonia Zechman, Appellant, v. Bernard B. Zechman et al., Appellees.

Gen. No. 43,256.

opinion filed December 19, 1944; rehearing denied January 3, 1945; released for publication January 4, 1945. Milton J. Sabath, for appellant; Samuel A. Rinella, for appellees; Harry G. Fins, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**